# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) |  | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 |
|---|---|---|---|---|---|---|
| 1 | Perez-Zapata | David | New York | USA | N/A | N/A | Personal Injury |
| 2 | Perillo | Mark | New York | USA | N/A | N/A | Personal Injury |
| 3 | Perli | George | Florida | USA | N/A | N/A | Personal Injury |
| 4 | Petito | Pat | New York | USA | N/A | N/A | Personal Injury |
| 5 | Petrella | Joseph | New York | USA | N/A | N/A | Personal Injury |
| 6 | Petrosino | James | New York | USA | N/A | N/A | Personal Injury |
| 7 | Petti | Robert | Texas | USA | N/A | N/A | Personal Injury |
| 8 | Phillips | Catherine | New Jersey | USA | N/A | N/A | Personal Injury |
| 9 | Phillipson-Thompson | Marjorie | Florida | USA | N/A | N/A | Personal Injury |
| 10 | Piazza | Linda | New York | USA | N/A | N/A | Personal Injury |
| 11 | Piazza | Enzo | New York | USA | N/A | N/A | Personal Injury |
| 12 | Pica | Joseph | New York | USA | N/A | N/A | Personal Injury |
| 13 | Piecuch | Michael | Colorado | USA | N/A | N/A | Personal Injury |
| 14 | Pierre-Louis | Andre | New York | USA | N/A | N/A | Personal Injury |
| 15 | Pignataro | Joseph | New York | USA | N/A | N/A | Personal Injury |
| 16 | Pilla | Steven | New York | USA | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Pina | Jesus | Florida | USA | N/A | N/A | Personal Injury |
| 18 | Pina | Napoleon | New York | USA | N/A | N/A | Personal Injury |
| 19 | Pincus | Howard | New York | USA | N/A | N/A | Personal Injury |
| 20 | Pineda | Freddy | New York | USA | N/A | N/A | Personal Injury |
| 21 | Pino | Fernando | New York | USA | N/A | N/A | Personal Injury |
| 22 | Piotrowski | Zenon | New York | USA | N/A | N/A | Personal Injury |
| 23 | Piraino | Joseph | New York | USA | N/A | N/A | Personal Injury |
| 24 | Piretti | Miriam | New York | USA | N/A | N/A | Personal Injury |
| 25 | Pirro, Jr. | Enrico | New York | USA | N/A | N/A | Personal Injury |
| 26 | Pisani | Andrew | New Jersey | USA | N/A | N/A | Personal Injury |
| 27 | Pizarro | Tony | New York | USA | N/A | N/A | Personal Injury |
| 28 | Planas, Jr. | Louis | New York | USA | N/A | N/A | Personal Injury |
| 29 | Plate | Michael | New York | USA | N/A | N/A | Personal Injury |
| 30 | Pluchino | Michael | New York | USA | N/A | N/A | Personal Injury |
| 31 | Pohlmann | Janet | New York | USA | N/A | N/A | Personal Injury |
| 32 | Polacco | Nicholas | New Jersey | USA | N/A | N/A | Personal Injury |
| 33 | Polanco | James | New York | USA | N/A | N/A | Personal Injury |
| 34 | Polenzo | Anthony | New York | USA | N/A | N/A | Personal Injury |
| 35 | Polidoro | Nicholas | New Jersey | USA | N/A | N/A | Personal Injury |
| 36 | Polito | Frank | New York | USA | N/A | N/A | Personal Injury |
| 37 | Ponce | John | New York | USA | N/A | N/A | Personal Injury |
| 38 | Porrata | Anthony | New York | USA | N/A | N/A | Personal Injury |
| 39 | Potapchuk | Peter | New York | USA | N/A | N/A | Personal Injury |
| 40 | Potts | Michael | Florida | USA | N/A | N/A | Personal Injury |
| 41 | Poulos | Steven | New York | USA | N/A | N/A | Personal Injury |

| 42 | Powers | James | New York | USA | N/A | N/A | Personal Injury |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 43 | Riccardi | Richard | New Jersey | USA | N/A | N/A | Personal Injury |
| 44 | Riccio | Marc | New York | USA | N/A | N/A | Personal Injury |
| 45 | Rice | Charles | North Carolina | USA | N/A | N/A | Personal Injury |
| 46 | Richards, Jr. | George | New York | USA | N/A | N/A | Personal Injury |
| 47 | Richardson | Willie | New Jersey | USA | N/A | N/A | Personal Injury |
| 48 | Riddick | Zelda | New York | USA | N/A | N/A | Personal Injury |
| 49 | Riegel | David | New York | USA | N/A | N/A | Personal Injury |
| 50 | Riera | Alfonso | New Jersey | USA | N/A | N/A | Personal Injury |
| 51 | Rigby | Virginia | New York | USA | N/A | N/A | Personal Injury |
| 52 | Rindos | Thomas | New York | USA | N/A | N/A | Personal Injury |
| 53 | Ring | John | New York | USA | N/A | N/A | Personal Injury |
| 54 | Ringrisaca | Fabian | New Jersey | USA | N/A | N/A | Personal Injury |
| 55 | Rios | Cesar | New York | USA | N/A | N/A | Personal Injury |
| 56 | Rios | Marques | New York | USA | N/A | N/A | Personal Injury |
| 57 | Ritter | Beth | New York | USA | N/A | N/A | Personal Injury |
| 58 | Ritter | Gene | New York | USA | N/A | N/A | Personal Injury |
| 59 | Rivera | Rafael | New York | USA | N/A | N/A | Personal Injury |
| 60 | Rivera | Jeffrey | New Jersey | USA | N/A | N/A | Personal Injury |
| 61 | Rivera | Edwin | New Hampshire | USA | N/A | N/A | Personal Injury |
| 62 | Rivera | Lucia | New York | USA | N/A | N/A | Personal Injury |
| 63 | Rivera | Victor | New York | USA | N/A | N/A | Personal Injury |
| 64 | Rivera | Maria | Connecticut | USA | N/A | N/A | Personal Injury |
| 65 | Rivera | Robert | New York | USA | N/A | N/A | Personal Injury |
| 66 | Rivera | Edwin | Florida | USA | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | Rivera | Edwin | New York | USA | N/A | N/A | Personal Injury |
| 68 | Rivera | Jose | New York | USA | N/A | N/A | Personal Injury |
| 69 | Rivero | Juan | New Jersey | USA | N/A | N/A | Personal Injury |
| 70 | Rizzo | Michael | Florida | USA | N/A | N/A | Personal Injury |
| 71 | Robero-Pizzanez | Maritza | New York | USA | N/A | N/A | Personal Injury |
| 72 | Roberts | Christopher | New York | USA | N/A | N/A | Personal Injury |
| 73 | Roberts | Linda | New York | USA | N/A | N/A | Personal Injury |
| 74 | Roberts | Scott | New York | USA | N/A | N/A | Personal Injury |
| 75 | Robinson | Gerald | New York | USA | N/A | N/A | Personal Injury |
| 76 | Robles | Michael | New York | USA | N/A | N/A | Personal Injury |
| 77 | Rocco | Patrick | New York | USA | N/A | N/A | Personal Injury |
| 78 | Rodriguez | Luz | New York | USA | N/A | N/A | Personal Injury |
| 79 | Rodriguez | Napoleon | New Jersey | USA | N/A | N/A | Personal Injury |
| 80 | Rodriguez | Rosa | New York | USA | N/A | N/A | Personal Injury |
| 81 | Rodriguez | Mirian | New York | USA | N/A | N/A | Personal Injury |
| 82 | Rodriguez | Steven | New York | USA | N/A | N/A | Personal Injury |
| 83 | Rodriguez | John | New York | USA | N/A | N/A | Personal Injury |
| 84 | Rodriguez | Orlando | Virginia | USA | N/A | N/A | Personal Injury |
| 85 | Rodriguez | Edgardo | New York | USA | N/A | N/A | Personal Injury |
| 86 | Rodriguez | Edwin | New York | USA | N/A | N/A | Personal Injury |
| 87 | Rodriguez | Liza | New York | USA | N/A | N/A | Personal Injury |
| 88 | Rodriguez | Manuel | New York | USA | N/A | N/A | Personal Injury |
| 89 | Rodriguez | Manuel | New York | USA | N/A | N/A | Personal Injury |
| 90 | Rodriguez | Angelo | New York | USA | N/A | N/A | Personal Injury |
| 91 | Rodriguez-Frank | Milagro | New York | USA | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92 | Rogan | Philip J. | New York | USA | N/A | N/A | Personal Injury |
| 93 | Rogers | Christopher | New York | USA | N/A | N/A | Personal Injury |
| 94 | Rogers | Peter | New York | USA | N/A | N/A | Personal Injury |
| 95 | Rohan | Diana | New York | USA | N/A | N/A | Personal Injury |
| 96 | Roldan | Angel | New York | USA | N/A | N/A | Personal Injury |
| 97 | Roman | David | New York | USA | N/A | N/A | Personal Injury |
| 98 | Roman | Julio | New York | USA | N/A | N/A | Personal Injury |
| 99 | Siguencia | Nanci | New York | USA | N/A | N/A | Personal Injury |
| 100 | Sikorjak | Gabriel | New York | Slovakia | N/A | N/A | Personal Injury |