IH-32                                                                                                                             Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

David Perez-Zapata, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 18-CV-12100 |
| Kingdom of Saudi Arabia | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re: Terrorist Attacks on September 11, 2001



| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Plaintiffs in this action allege that the Defendant is responsible for the injuries they suffered as a result of the Defendant's actions in relation to the terrorist attack of September 11, 2001.

This action is being filed pursuant to the procedures set by the Court in the July 10, 2018 Order of Magistrate Judge Netburn (03 MDL 1570, ECF No. 4045).

Signature: _____   Date: 12/26/18

Firm: Marc. J. Bern & Partners LLP.